IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN EDWARD MITCHELL,

    Plaintiff,                    No. 2:09-cv-3012 KJN P

    vs.

GOV. ARNOLD SCHWARZENEGGER,
et al.,

    Defendants.              ORDER

/

      Plaintiff has requested the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Therefore, plaintiff's request for the appointment of counsel is denied.

/////

/////

1

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's October 28, 2009 request
2  for the appointment of counsel is denied.
3  DATED: February 16, 2010

                /s/ Kendall J. Newman
                KENDALL J. NEWMAN
                UNITED STATES MAGISTRATE JUDGE

mitc3012.31