IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN EDWARD MITCHELL,

      Plaintiff,                      No. 2:09-cv-3012 JAM KJN P

   vs.

M.S. DOWNING, et al.,

      Defendants.            <u>ORDER</u>

         Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

         On December 6, 2010, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days. Plaintiff has not filed objections to the findings and recommendations.

         The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1

1. The findings and recommendations filed December 6, 2010, are adopted in full; and

2. Plaintiff's November 12, 2010 motion for preliminary injunction (dkt. no. 26) is denied.

DATED: January 31, 2011

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE