IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN EDWARD MITCHELL,

    Plaintiff,    No. 2:09-cv-3012 KJN P

    vs.

GOV. ARNOLD SCHWARZENEGGER, et al.,

    Defendants.    <u>ORDER</u>

                                /

    Defendants have requested an extension of time to file a responsive pleading. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Defendants' February 7, 2011 request for an extension of time is granted; and

    2. Defendants' responsive pleading shall be filed on or before March 24, 2011.

DATED: February 9, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

mitc3012.eot

1