IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN EDWARD MITCHELL,

       Plaintiff,                    No. 2:09-cv-3012 KJN P

   vs.

GOV. ARNOLD SCHWARZENEGGER,
et al.,

       Defendants.              ORDER

_____/

       Plaintiff has requested an extension of time to file a response to defendants'
March 24, 2011 motion to dismiss.  Good cause appearing, IT IS HEREBY ORDERED that:

       1.  Plaintiff's April 15, 2011 motion for an extension of time is granted; and

       2.  Plaintiff is granted up to and including May 11, 2011, in which to file and
serve a response to the motion to dismiss.  Defendants' reply, if any, shall be filed seven days
thereafter.

DATED:  April 21, 2011

                                  _____
                                  KENDALL J. NEWMAN
                                  UNITED STATES MAGISTRATE JUDGE

mitc3012.36