IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN EDWARD MITCHELL,

       Plaintiff,                      No. 2:09-cv-3012 JAM KJN P

     vs.

J. HAVILAND, et al.,

       Defendants.               ORDER

_____/

      Plaintiff is a state prisoner proceeding without counsel. On June 17, 2013, the court denied plaintiff's request for deposition subpoenas, and informed plaintiff of the requirements of Rule 31 of the Federal Rules of Civil Procedure. Subsequently, plaintiff's June 13, 2013 motion to depose by written questions was docketed on June 17, 2013. Plaintiff's motion was written before the court's June 17, 2013 order issued, and the motion does not comply with the June 17, 2013 order. Specifically, plaintiff does not discuss making arrangements for an officer to process the questions, or indicate whether he is financially responsible for procuring an officer to transcribe the witnesses' testimony, for notice and delivery of the questions, for filing of the deposition, see Fed. R. Civ. P. 31, and for the payment of witness fees and mileage for each deponent, see Fed. R. Civ. P. 45(b)(1). Thus, plaintiff's motion is denied without prejudice to its renewal.

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's June 17, 2013 motion (ECF No.
2  78) is denied without prejudice.
3  DATED: July 1, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

mitc3012.dwq2