UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN EDWARD MITCHELL,<br><br>        Plaintiff,<br><br>   v.<br><br>J. HAVILAND, et al.,<br><br>        Defendants. | No. 2:09-cv-3012 JAM KJN P<br><br><br><u>ORDER AND ORDER VACATING THE DISPOSITIVE MOTIONS DEADLINE</u> |

Plaintiff is a state prisoner proceeding without counsel. This action is proceeding on plaintiff's excessive force claims against defendant Rosario, and plaintiff's retaliation claims against defendants Rosario, Garcia, and McGuire. Defendants seek an extension of the dispositive motions deadline. Plaintiff has not filed an opposition to this request.

"The district court is given broad discretion in supervising the pretrial phase of litigation." <u>Johnson v. Mammoth Recreations, Inc.</u>, 975 F.2d 604, 607 (9th Cir. 1992) (citation and internal quotation marks omitted). Rule 16(b) provides that "[a] schedule may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). "The schedule may be modified 'if it cannot reasonably be met despite the diligence of the party seeking the extension.'" <u>Zivkovic v. Southern California Edison Co.</u>, 302 F.3d 1080, 1087 (9th Cir. 2002) (quoting <u>Johnson</u>, 975 F.2d at 607).

////

1

1    Defendants argue that an extension is warranted because plaintiff's request for production
2    of the August 16, 2008 video was pending at the time defendants' motion was filed, and that it is
3    likely additional time would be required to address any further discovery motions filed by
4    plaintiff should he be dissatisfied with defendants' responses.  In addition, due to trial dates set
5    for February 2014 in other cases, defense counsel needs additional time to prepare the motion for
6    summary judgment in the instant action.

7    Since the filing of defendants' request, plaintiff has filed an objection to the court's
8    October 10, 2013 order, defendants have filed a motion for protective order, and plaintiff has filed
9    a motion to amend the operative complaint.  While briefing is submitted on defendants' motion
10   for protective order, the briefing on plaintiff's motion to amend is not yet completed.  The rulings
11   on these motions may impact the parties' dispositive motions.

12   Moreover, on October 23, 2013, plaintiff submitted an *ex parte* notice of his willingness to
13   engage in settlement negotiations.  It does not appear that plaintiff served this document on
14   counsel for defendants, and it is unclear whether plaintiff intended for the details of his filing to
15   be made public.  Thus, the undersigned will retain plaintiff's submission until after the settlement
16   conference is held.

17   In light of all of the above, the January 8, 2014 dispositive motions deadline is vacated.
18   The parties shall inform the court if they waive disqualification of the undersigned to serve as
19   settlement judge by filing the waiver form provided by the Clerk of Court by the deadline set
20   below.  The court will then set this matter for settlement conference.  If the parties do not file the
21   waiver form by the deadline, a settlement conference will be set before a different judge.  The
22   parties shall complete their briefing on plaintiff's motion to amend prior to the settlement
23   conference.  The dispositive motions deadline will be rescheduled, if appropriate, following the
24   settlement conference.

25   Accordingly, IT IS HEREBY ORDERED that:
26   1. Defendants' motion to modify the scheduling order (ECF No. 101) is partially granted;
27   2. The January 8, 2014 dispositive motions deadline is vacated;
28   3. The Clerk of the Court is directed to send plaintiff and counsel for defendants the form

2

1  "Notice of Waiver of Disqualification of Settlement Judge Pursuant to Local Rule 270(b);"

2      4. Within twenty-one days from the date of this order, both parties shall either file the waiver form provided, or notify the court of a request for another judge to serve as settlement judge; and

4      5. The parties shall complete their briefing on plaintiff's motion to amend (ECF No. 109) prior to the settlement conference.

Dated: November 14, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/mitc3012.16b2

3