## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN EDWARD MITCHELL,

        Plaintiff,               No.  2:09cv3012 JAM KJN P

   vs.

J. HAVILAND, et al.,

        Defendants.          **ORDER & WRIT OF HABEAS CORPUS**
                      /     **AD TESTIFICANDUM**

      John Edward Mitchell, inmate #H-38255, a necessary and material witness in proceedings in this case, is confined in the California Substance Abuse Treatment Facility and State Prison, P.O. Box 5242, Corcoran, California  93212, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Courtroom #25, 8th Floor, United States Courthouse, 501 I Street, Sacramento, California on Tuesday, March 25, 2014, at 9:00 a.m.

      ACCORDINGLY, IT IS ORDERED that:

      1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

      2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

      3.  The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Out-To-Court Desk, California State Prison - Sacramento, P.O. Box 290007, Represa, California  95671.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To:  The Warden of California Substance Abuse Treatment Facility and State Prison, 900 Quebec Avenue, Corcoran, California  93212:**

      **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated:  February 4, 2014

mitc3012.841

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE