UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN EDWARD MITCHELL, | No. 2:09-cv-3012 JAM KJN P |
| Plaintiff, | |
| v. | ORDER |
| J. HAVILAND, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel. This civil rights action is presently set for settlement conference on Tuesday, March 25, 2014, before the undersigned. On March 3, 2014, plaintiff filed a motion requesting that the court order prison officials to allow plaintiff to retain his legal materials during his transport to the settlement conference. (ECF No. 132.) Plaintiff contends that the California Department of Corrections and Rehabilitation routinely separates inmates from their legal documents.

Review of the record reflects that plaintiff needs his legal materials for reference during the settlement conference, and the court would be assisted by plaintiff having such records during the conference. Therefore, counsel for defendants is directed to immediately contact the litigation coordinator at the California Substance Abuse Treatment Facility and State Prison, Corcoran, California, to ensure that plaintiff's legal materials are transported with plaintiff for his attendance at the March 25, 2014 settlement conference.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion (ECF No. 132) is partially granted; and

2. Counsel for defendants is directed to immediately contact the litigation coordinator at the California Substance Abuse Treatment Facility and State Prison, Corcoran, California, to ensure that plaintiff's legal materials are transported with plaintiff for his attendance at the March 25, 2014 settlement conference.

Dated: March 14, 2014

*/s/ Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

cw/mitc3012.tra