UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MITCHELL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. HAVILAND, et al.,<br><br>　　　　　Defendants. | No.  2:09-cv-3012 JAM KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel.  Plaintiff has filed two motions requesting a court order requiring the Warden at the California Substance Abuse Treatment Facility at Corcoran ("SATF") to have "R&R" ship plaintiff's personal property forthwith to plaintiff at Folsom Prison where he is being confined by the court's order to testify in the John Draper v. D. Rosario case.  (ECF Nos. 143; 145 at 1.)

Court records indicate that on April 7, 2014, U.S. Magistrate Judge Edmund F. Brennan issued an order and writ of habeas corpus ad testificandum for plaintiff to be produced as a witness for trial in Draper v. Rosario, Case No. 10-cv-0032 KJM EFB P.  Plaintiff is advised that if he needs his legal materials in order to assist his testimony as a witness in Draper, plaintiff must file a request in that case.  Court records reflect that jury trial in Draper was recently reset to June 16, 2014, at 9:00 a.m.  Id. (ECF No. 192).

////

1    This court is without jurisdiction to issue an order to prison officials at SATF. The instant
2 action is proceeding as to defendants employed at California State Prison, Solano, and plaintiff is
3 presently housed at California State Prison, Sacramento. Thus, plaintiff's motions are denied
4 without prejudice.
5    IT IS HEREBY ORDERED that plaintiff's motions (ECF Nos. 143, 145) are denied
6 without prejudice.
7 Dated: May 6, 2014

9 /mitc3012.mat

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2