1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JOHN EDWARD MITCHELL,                    No.  2:09-cv-3012 JAM KJN P

12            Plaintiff,

13       v.                                    ORDER

14   J. HAVILAND, et al.,

15            Defendants.

16

17          Plaintiff is a state prisoner, proceeding without counsel.  On June 1, 2015, plaintiff filed a

18   motion for "interlocutory order," in which plaintiff sought relief against nonparties employed at

19   the Substance Abuse Treatment Facility ("SATF"), under the All Writs Act.  (ECF No. 179.)

20   However, on June 25, 2015, plaintiff filed a second request for an extension of time in which he

21   states he was transferred from SATF to California State Prison, Corcoran, on June 9, 2015.

22   Because plaintiff is no longer housed at SATF, his motion is moot, and is denied without

23   prejudice.

24          Due to his recent transfer, plaintiff does not have possession of his legal materials, and

25   seeks an extension of time to file a pretrial statement.  Good cause appearing, the request is

26   granted.  Plaintiff shall file his pretrial statement on or before August 3, 2015.  Defendants shall

27   file their pretrial statement on or before August 17, 2015.  Thereafter, the pretrial conference will

28   be conducted on the papers.

1    In all other respects, the March 12, 2015 further scheduling order remains in effect.

2    IT IS HEREBY ORDERED that:

3    1.  Plaintiff's June 1, 2015 motion (ECF No. 179) is denied without prejudice;

4    2.  Plaintiff's request for an extension of time (ECF No. 182) is granted; and

5    3.  Plaintiff is granted thirty days from the date of this order in which to file a pretrial

6    statement.

7    Dated:  July 1, 2015

8

9    KENDALL J. NEWMAN
     UNITED STATES MAGISTRATE JUDGE

10

11   mitc3012.36.sec

2