UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN EDWARD MITCHELL,<br><br>        Plaintiff,<br><br>  v.<br><br>J. HAVILAND, et al.,<br><br>        Defendants. | No. 2:09-cv-3012 JAM KJN P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 7, 2015, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff filed objections to the findings and recommendations.[1]

////

---

[1] In his objections, plaintiff references his motions for interlocutory order, which were filed after the July 23, 2015 motion for injunctive relief. Plaintiff's motions for interlocutory order were not addressed in the August 7, 2015 findings and recommendations, but were subsequently addressed by separate findings and recommendations issued on August 18, 2015. Therefore, the court declines to address the objections based on plaintiff's motions for interlocutory order.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 07, 2015, are adopted in full; and

2. Plaintiff's July 23, 2015 motion for injunctive relief (ECF Nos. 190) is denied.

IT IS SO ORDERED this 28th day of September, 2015.

_____
ROBERT C. JONES